# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162255(74)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAVID SWANSON,
      Plaintiff-Appellee,

                                    SC: 162255

v                                      COA: 350004
                                       Kent CC: 17-008674-CH

BRENDA BRADLEY,
      Defendant-Appellant.
_____/

      By order of the Chief Justice, the motion of defendant-appellant to file a corrected application for leave to appeal, limited to the corrections identified in her motion, is GRANTED. The corrected application must be submitted on or before December 30, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2020



Clerk